Neblett, Beard & Arsenault,
Zimmerman Reed, P.L.L.P.
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>Leeann Guerin, as surviving heir of Claire Ralph Choiniere, Deceased v. Pfizer Inc<br>07-4159 CRB | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 29, 2009   By: _____

NEBLETT, BEARD & ARSENAULT
P.O. Box 1190
Alexandria, LA 71309
(318) 487-9874

*Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42626994.1

| | |
|---|---|
| 1 | DATED: Jan. 26, 2010   By: _/s/_ |
| 2 | **DLA PIPER LLP (US)** |
| 3 | 1251 Avenue of the Americas<br>New York, New York 10020 |
| 4 | Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 5 | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 2 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-